UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM LUCAS MCVEIGH,<br><br>                  Plaintiff,<br>    v.<br><br>PIERCE COUNTY,<br><br>                  Defendant. | Case No. C23-5902 BHS<br><br>ORDER TO SHOW CAUSE |

    The District Court has referred this action to United States Magistrate Judge Theresa L. Fricke. On October 6, 2023, Plaintiff filed a motion to proceed *in forma pauperis.* Dkt. 5. The Court issued an order to show cause on November 7, 2023, informing Plaintiff that he must file an amended complaint by November 27, 2023. Dkt. 6. Plaintiff filed a proposed amended complaint on November 13, 2023. Dkt. 7. The Court, upon reviewing Plaintiff's amended complaint, issued another order to show cause. Dkt. 8. Plaintiff was instructed to file an amended complaint by January 10, 2024. The Court's order was mailed back as undeliverable on January 5, 2024. Dkt. 9.

    A party proceeding *pro se* shall keep the Court and opposing parties advised as to their current mailing address. Local Rules, W.D. Wash. LCR 41(b)(2). If mail directed to a *pro se* plaintiff by the Clerk is returned by the Postal Service, and if the plaintiff fails to notify the Court and opposing parties within 60 days thereafter of his or her current

mailing address, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

If Plaintiff fails to notify the Court of his current mailing address by March 5, 2024, the undersigned will recommend dismissal of this action without prejudice. The Clerk is directed to mail Plaintiff a copy of this order to his last known address.

Finally, in light of this order, the Clerk is instructed to re-note Plaintiff's motion to proceed *in forma pauperis* to March 5, 2024.

Dated this 17th day of January, 2024.

Theresa L. Fricke
United States Magistrate Judge