# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM LUCAS MCVEIGH,<br><br>                Plaintiff,<br>   v.<br><br>PIERCE COUNTY,<br><br>                Defendant. | Case No. C23-5902 BHS<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR MARCH 29, 2024 |

On October 6, 2023, plaintiff filed an application to proceed *in forma pauperis* (IFP). Dkt. 5. On November 7, 2023, the Court ordered plaintiff to show cause why his complaint should not be dismissed for failure to state a claim, or file an amended complaint. Dkt. 6.

Plaintiff filed a proposed amended complaint on November 13, 2023. Dkt. 7. After reviewing plaintiff's proposed amended complaint, the Court ordered plaintiff to show cause why his complaint should not be dismissed for failure to state a claim, or file an amended complaint. Dkt. 8. This order was returned to the Court as undeliverable. Dkt. 9.

The Court, in turn, ordered plaintiff to notify the Court of his current mailing address by March 5, 2024, to avoid his case being dismissed for failure to prosecute. Dkt. 10. This order was again returned to the Court as undeliverable on January 29, 2024. Dkt. 11.

REPORT AND RECOMMENDATION - 1

Plaintiff has not responded to the Court's orders to show cause or updated his mailing address. Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP application and dismiss his action without prejudice for failure to prosecute.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on March 29, 2024, as noted in the caption.

Dated this 11th day of March, 2024.

Theresa L. Fricke
United States Magistrate Judge